UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMION MARQUIS BANKS,<br><br>   Plaintiff,<br><br>  v.<br><br>ISIDRO BACA,<br><br>   Defendant.<br>_____ | 3:15-cv-00535-RCJ-WGC<br><br>**ORDER** |

**I. DISCUSSION**

  Plaintiff, a former inmate of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. (ECF No. 1-1, 6). According to the Nevada Department of Corrections inmate search database, it appears that Plaintiff is no longer incarcerated. Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. LCR 2-2. The Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of entry of this order.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, the Court will dismiss this action without prejudice.

IT IS FURTHER ORDERED that if Plaintiff does timely comply with this order, the Court shall screen Plaintiff's complaint.

DATED: March 30, 2016.

_____
United States District Judge