AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

****            DISTRICT OF    NEVADA

DAMION MARQUIS BANKS,

    Plaintiff,         JUDGMENT IN A CIVIL CASE

v.

       CASE NUMBER:  **3:15-cv-00535-RCJ-WGC**

ISIDRO BACA, et al.,

    Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an updated address in compliance with the Court's March 31, 2016 order.

June 8, 2016                                                          **LANCE S. WILSON**
                                                                                          Clerk

                                                                                         /s/ K. Rusin
                                                                                         Deputy Clerk